**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THE TRAVELERS INDEMNITY COMPANY,

                        Plaintiff,          18 **CIVIL** 600 (PGG)

      -against-                     **JUDGMENT**

HARLEYSVILLE INSURANCE COMPANY
OF NEW YORK and A.K.S. INTERNATIONAL
INC.,
                      Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2020, Plaintiff Traveler's motion for summary judgment (Dkt. No. 25) is granted and Defendant Harleysville's motion for summary judgment (Dkt. No. 40) is denied.

**Dated:** New York, New York
          March 19, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                         **Clerk of Court**
                              **BY:**
                                                        _____
                                                          **Deputy Clerk**