

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 30, 2020

**FRANK A. VALVERDE**
PARTNER
(516) 357-3339
Frank.valverde@rivkin.com

WWW.RIVKINRADLER.COM

6 RXR Plaza
Uniondale, NY 11556-0926
516.357.3000 F 516.357.3333

April 29, 2020

**VIA ECF FILING**

Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY  10007

Re:  *The Travelers Indem. Co. v. Harleysville Ins. Co., et al.*,
    Case No.: 18-cv-600 (PGG)
    RR file no.: 4584-413

Your Honor:

We represent plaintiff, The Travelers Indemnity Company ("Travelers"), in this declaratory judgment action.  We write to inform the Court that the parties have reached a settlement in principle and to request an extension of time to **June 4, 2020** to file a motion for costs and an accounting while the parties work out the details of the settlement agreement.  We anticipate that the motion will not be necessary once the settlement agreement is finalized and executed.  Defendant, Harleysville Insurance Company of New York, has consented to this request.

We thank the Court for its attention to this matter.

Very truly yours,

RIVKIN RADLER LLP

/s/
Frank A. Valverde

cc:  Jeffrey Rubinstein, Esq (for Harleysville) (Via ECF)
4784923 v2

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777